IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00576-RPM

STEVEN J. COX,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Defendant's Unopposed Motion to Vacate and Reschedule Scheduling Conference is granted.  The conference set for May 28, 2009, is vacated and reset for **June 2, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    The proposed scheduling order must be submitted in paper form directly to chambers by **May 28, 2009, at 4:00 p.m.**

DATED: May 7, 2009