## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.:** 09-cv-00576-RPM

STEVEN J. COX,

    Plaintiff,

vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Upon consideration of Plaintiff's Unopposed Motion to Amend Briefing Schedule [13], it is

ORDERED that the briefing schedule is amended as follows:

Plaintiff's opening brief is due on September 11, 2009;

Defendant's response brief is due on October 14, 2009; and

Plaintiff's reply brief is due on October 28, 2009.

Dated: August 27th, 2009

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge