IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00576-RPM

STEVEN J. COX,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

---

ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

---

    After review of Plaintiff's Second Unopposed Motion to Amend Briefing Schedule, filed October 16, 2009 [17], it is

    ORDERED that the motion is granted and the plaintiff's reply brief is due November 9, 2009.

    Dated: October 19th, 2009

                                                         BY THE COURT:

                                                         s/Richard P. Matsch

                                                         _____

                                                         Richard P. Matsch, Senior District Judge